UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ZACK AARONSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC., a Florida Corporation, dba VPX,<br><br>Defendant. | CASE NO. 09-CV-1333 W (BGS)<br><br>**ORDER DENYING WITHOUT PREJUDICE VPX'S MOTION TO DENY CLASS CERTIFICATION AND TO DISMISS THE ACTION [DOC. 38]** |
|---|---|

Pending before the Court is Defendant Vital Pharmaceuticals, Inc's ("VPX") motion for denial of class certification and dismissal of the action.

On February 23, 2011, this Court granted Plaintiff Zack Aaronson's ex parte application to extend the deadline to complete discovery pertaining to class-certification issues. (*See Order* [Doc. 48], 5:27–6:2.) In light of the extended deadline, the Court **DENIES WITHOUT PREJUDICE** Defendant VPX's motion [Doc. 38].

Upon completion of class-certification discovery, VPX may re-file its motion.

**IT IS SO ORDERED.**

DATED: February 24, 2011

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28