1  CLIFFORD H. PEARSON (Cal. SBN: 108523)
     cpearson@pswplaw.com
2  DANIEL L. WARSHAW (Cal. SBN: 185365)
     dwarshaw@pswplaw.com
3  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   15165 Ventura Boulevard, Suite 400
4  Sherman Oaks, California 91403
   Telephone: (818) 788-8300
5  Facsimile: (818) 788-8104

6  HAROLD M. HEWELL (Cal. SBN: 171210)
     hmhewell@hewell-lawfirm.com
7  **HEWELL LAW FIRM**
   105 West F Street, Second Floor
8  San Diego, California 92101
   Telephone: (619) 235-6854
9  Facsimile: (888) 298-0177

10 HOWARD RUBINSTEIN (Counsel *pro hac vice*)
     howardr@pdq.net
11 **LAW OFFICES OF HOWARD W. RUBINSTEIN**
   P.O. Box 4839
12 Aspen, Colorado 81612-4839
   Telephone: (832) 715-2788
13 Facsimile: (325) 243-5417

14 Attorneys for Plaintiff Zack Aaronson, as an
   individual and on behalf of all others similarly
15 situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK AARONSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL PHARMACEUTICALS, INC, a Florida corporation, doing business under the trademark VPX,<br><br>Defendant. | CASE NO. 09-CV-01333 W (CAB)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF ZACK AARONSON'S NOTICE OF ASSOCIATION OF COUNSEL** |

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiff Zack Aaronson hereby associates the following

3  co-counsel in this action:

4         Clifford H. Pearson
       Pearson, Simon, Warshaw & Penny, LLP
5         15165 Ventura Boulevard, Suite 400
       Sherman Oaks, California 91403
6         Telephone: (818) 788-8300
       Facsimile:  (818) 788-8104
7         Email:    cpearson@pswplaw.com

8  Please include Pearson, Simon, Warshaw & Penny, LLP on all proofs of service,

9  correspondence, pleadings and discovery at the address described above.

10  DATED: March 30, 2011         Respectfully submitted,

11                  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
                CLIFFORD H. PEARSON
12                  DANIEL L. WARSHAW

13

14                  By:   /s/ *Clifford H. Pearson*
                      CLIFFORD H. PEARSON
15                  Attorneys for Plaintiff Zack Aaronson, as an individual
                and on behalf of allothers similarly situated

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

**Aaronson v. Vital Pharmaceuticals, Inc. [Case# 09-CV-01333 W (CAB)]**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California 91403. I am over the age of eighteen years and am not a party to the within action;

On March 30, 2011, I served the following document(s) entitled **PLAINTIFF ZACK AARONSON'S NOTICE OF ASSOCIATION OF COUNSEL** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 30, 2011, at Sherman Oaks, California.

_____
Melissa S. Williams

# SERVICE LIST

**Aaronson v. Vital Pharmaceuticals, Inc. [Case# 09-CV-01333 W (CAB)]**

| | |
|---|---|
| Alan J Droste, Esq.<br>KING PARRET & DROSTE LLP<br>450 Newport Center Drive<br>Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949)644-3484<br>Facsimile:  (949)644-3993<br>Email: adroste@kpdlex.com | Attorney for Defendant |
| Victoria N. Godwin, Esq.<br>VITAL PHARMACEUTICALS, INC.<br>1600 North Park Drive<br>Weston, FL 33326<br>Telephone: (954)641-0570<br>Facsimile:  (954)389-6254<br>Email: vickeyg@vpxsports.com | Attorney for Defendant |
| Kalina Pagano<br>VITAL PHARMACEUTICALS, INC.<br>15751 SW 41st Street<br>Suite 300<br>Davie, FL 33331<br>Telephone: (954) 641-0570<br>Facsimile:  (954)641-0583<br>Email: kpagano@vpxsports.com | Attorney for Defendant |
| Shawn L. Michaelson, Esq.<br>DANIELS KASHTAN DOWNS ROBERTSON & MCGIRNEY<br>3300 Ponce DeLeon Boulevard<br>Coral Gables, FL 33134<br>Telephone: (305) 448-7988<br>Facsimile:  (305) 448-7988<br>Email: smichaelson@dkdr.com | Attorney for Defendant |