09CV1333-W(BGS)

**Aaronson**

**-v-**

**Vital Pharmaceuticals, Inc.**

**STRICKEN PER ORDER [67]**

64