UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK AARONSON,<br><br>                              Plaintiff,<br><br>   v.<br><br>VITAL PHARMACEUTICALS, INC.,<br><br>                              Defendant. | Case No: 09-CV-1333 W (KSC)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pending before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the parties' stipulation of dismissal, the Court **APPROVES** the dismissal with prejudice.

**IT IS SO ORDERED.**

DATED: October 25, 2013

_____
Hon. Thomas J. Whelan
United States District Judge

09cv1333

- 1 -